IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JAVIER ALBERTO LONGORIA,
  Defendant.

CRIMINAL FILE NO.
1:08-CR-362-7-TWT

ORDER

This is a money laundering case. It is before the Court on the Report and Recommendation [Doc. 146] of the Magistrate Judge recommending denying the Motion to Suppress Evidence [Doc. 91] of the Defendant Longoria. As set forth in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, the warrantless searches of the truck were supported by probable cause and consent. The Defendant's post arrest statements were voluntarily made after the Defendant had been advised of his <u>Miranda</u> rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Suppress Evidence [Doc. 91] of the Defendant Longoria is DENIED.

SO ORDERED, this 15 day of October, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge